# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICKY LONDON, JR.,                                           PLAINTIFF
ADC #653332

V.                          5:18CV00155-JM-JTK

TODD WRIGHT, et al.                                DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections.[1] After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED for failure to state a claim upon which relief may be granted.

2. Dismissal of Plaintiff's complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from a Memorandum and Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

---

[1] Plaintiff filed a Notice on June 27, 2018, the same day the Proposed Findings and Recommendations were filed. Plaintiff stated in the Notice that a letter sent to him from "the Courts" had been opened by prison staff outside of Plaintiff's presence. For this reason, Plaintiff refused to accept the letter. The letter was not related to this case. The Court finds that this Notice is not an objection.

IT IS SO ORDERED this 12th day of July, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE