IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKY LONDON, JR.,                                              PLAINTIFF
ADC #653332

V.                          5:18CV00155-JM-JTK

TODD WRIGHT, et al.                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Order and accompanying Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 12th day of July, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1